MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WILKEY,               ) <br> ) <br>     Plaintiff,           ) <br> ) <br> v.                                     ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security ) <br> ) <br>     Defendant.         ) <br> ———————————— ) | Case No. 13-02074-AC <br><br> STIPULATED REQUEST EXTENDING TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties request that Defendant shall have an additional 30 days, to and including May 30, 2014, in which to file his briefing in opposition to Plaintiff's motion for Summary Judgment.

    The instant motion is not intended to cause intentional delay and is requested because agency counsel was on leave from April 1 to April 21 to care for his son.  This is the Commissioner's first request for an extension.

Stipulation for Extension of Time and Proposed Order    1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: *April 23, 2014* | By: */s/ Richard Miadich* |
| 3 | | [Authorization by e-mail on April 23, 2014] |
| | | RICHARD MIADICH, |
| 4 | | Attorney for Plaintiff |

DATED: *April 23, 2014*          By: */s/ Richard Miadich*
                                 [Authorization by e-mail on April 23, 2014]
                                 RICHARD MIADICH,
                                 Attorney for Plaintiff


Dated: *April 23, 2014*          MELINDA L. HAAG
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                            By:  *s/ Sundeep R. Patel*
                                 SUNDEEP R. PATEL
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant


          IT IS SO ORDERED.

DATED: April 24, 2014            _____
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension of Time and Proposed Order                    2