Richard C. Miadich [CSB 224873]
Matthew R. Cody [CSB 267191]
Bruce J. Hagel [CSB 063531]
**OLSON, HAGEL & FISHBURN, LLP**
555 Capitol Mall, Suite 1425
Sacramento, CA 95814-4602
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WILKEY,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | **CASE NO.:** 2:13-CV-02074-AC<br><br>**STIPULATED REQUEST EXTENDING TIME TO FILE PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

The parties request that Plaintiff shall have an additional 15 days, to and including June 23, 2014, in which to file a reply to "DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT." Plaintiff did not intend to cause unnecessary delay, but requests this extension due to unexpected scheduling conflicts.

Dated: June 4, 2014          **OLSON, HAGEL & FISHBURN, LLP**

                             _____/s/  Matthew R. Cody_____
                             MATTHEW R. CODY, Attorney for Plaintiff

Dated: June 4, 2014          **SOCIAL SECURITY ADMINISTRATION**

                             _____/s/  Sundeep R. Patel_____
                             (authorization by email on June 4, 2014)
                             SUNDEEP R. PATEL, Attorney for Defendant

_____
STIPULATED REQUEST EXTENDING TIME

1  **IT IS SO ORDERED:**

2

3  Dated: June 4, 2014

4  _____
ALLISON CLAIRE
5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
STIPULATED REQUEST EXTENDING TIME